United States District Court
Southern District of Texas
**ENTERED**
June 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:18-CR-293-1 |
| | § | |
| GEORGE Z RAFIDI | § | |

## **ORDER**

Having considered defendant George Z Rafidi's Unopposed Motion for Leave to File Objection to the Pre-Sentence Investigation report, in the above styled and numbered cause, the Court is of the opinion that it should be and is GRANTED.

SIGNED this 21st day of June, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge